UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>THANA LLC, et al.,<br><br>                    Defendants. | CASE NO. C23-0376JLR<br><br>ORDER TO SHOW CAUSE |

On November 3, 2023, the court denied Plaintiff GS Holistic, LLC's ("GS Holistic") motion for default judgment against Defendants Thana LLC and Thana Marwan for failure to address the disposition of this case with respect to two additional Defendants who had been served but were not mentioned in the motion for default. (*See generally* 11/3/23 Order (Dkt. # 20); *see also id.* at 2 (explaining why the court would not enter a partial default judgment as to only Thana LLC and Thana Marwan).) The court instructed GS Holistic that it could renew its motion either after dismissing its claims

ORDER - 1

against the remaining two Defendants or amending the motion to discuss how the court should dispose of GS Holistic's claims against those Defendants. (*See id.* at 2.)

Although the court entered that order more than seven months ago, GS Holistic has made no further filings in this case. Accordingly, the court ORDERS GS Holistic to show cause, by no later than **June 28, 2024**, why the court should not dismiss this action with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or to comply with a court order).

Dated this 17th day of June, 2024.

JAMES L. ROBART
United States District Judge