UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> THANA LLC, et al., <br><br>  Defendants. | CASE NO. C23-0376JLR <br><br> ORDER |

On June 17, 2024, the court ordered Plaintiff GS Holistic, LLC ("GS Holistic") to show cause why the court should not dismiss this matter for failure to prosecute. (OSC (Dkt. # 21).) On June 28, 2024, GS Holistic filed a timely response to the order to show cause (OSC Resp. (Dkt. # 22)) and a motion for default judgment (Mot. (Dkt. # 24)).

//

//

//

//

ORDER - 1

Having reviewed GS Holistic's response, the court DISCHARGES its order to show cause.

Dated this 1st day of July, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2